IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



FILED

OCT - 9 2018

CLERK. US DISTRICT COURT
NORFOLK. VA

GWENDOLYN AUSTIN-MASON,

    Plaintiff,

v.

PORTSMOUTH NAVAL MEDICAL CENTER,

and

STERLING MEDICAL CORP.,

    Defendants.

CIVIL ACTION NO.:
Formerly Case No.: 18009073, in
Portsmouth General District Court

NOTICE OF REMOVAL

Defendant Portsmouth Naval Medical Center ("Federal Defendant") hereby removes this action from the General District Court for the City of Portsmouth, Virginia to the United States District Court for the Eastern District of Virginia, Norfolk Division, pursuant to 28 U.S.C. § 1442 (a)(1).  In support of the Notice of Removal, the Federal Defendant represents the following:

1.  Plaintiff named "Portsmouth Naval Medical Center" as a defendant in an action styled *Gwendolyn Austin-Mason v. Portsmouth Naval Medical Center and Sterling Medical Corporation*, Case No. 19009073, in Portsmouth General District Court.

2.  Plaintiff is an employee of Sterling Medical Corporation, which contracts to provide medical personnel to Naval Medical Center, Portsmouth.

3. The Warrant in Debt alleges that plaintiff was called "a racial word by Dr. Cross at work" and has been "subjected to a hostile work environment" because plaintiff filed a complaint. Ex. A: Warrant in Debt.

4. Dr. Cross is an active-duty Navy physician with Naval Medical Center, Portsmouth, who at all times was acting in the scope of her employment with the Department of the Navy.

5. In the Warrant in Debt, plaintiff named her employer, Sterling Medical Corporation, in addition to Portsmouth Naval Medical Center, as defendants. However, the properly-named government defendant is the United States Department of the Navy, by and through Richard V. Spencer, as Secretary of the Department of the Navy. 42 U.S.C. § 2000e-16(c); *see e.g. Gardner v. Gartman,* 880 F.2d 797 (4th Cir,1989); *Campbell v. Dep't of the Navy,* 894 F.2d 401, 1990 WL 2203 (4th Cir. 1990).

6. On September 10, 2018, Federal Defendant received, through service or otherwise, a copy of the initial pleading alleging hostile work environment. Exhibit A. Copies of all process, pleadings, orders and attachments served upon Federal Defendant in this action are enclosed as Exhibit A (Warrant in Debt, envelope).

7. This case must be removed to this Court pursuant to 28 U.S.C. §§ 1442, 1446, in that plaintiff has initiated suit for money damages of $25,000.00, plus $89.00 in costs, for a wrongful act by an employee of the United States ("Dr. Cross"), and/or employees of the United States (hostile work environment), while acting in the scope of their office or employment. Plaintiff alleges that Defendants Portsmouth Naval Medical Center and Sterling Medical Corporation, subjected her to a hostile work environment because she "filed a complaint." Exhibit A: Warrant in Debt. Therefore, the action lies against the United States Department of the Navy, by and

through Richard V. Spencer, as Secretary of the Department of the Navy, and the United States

District Court has exclusive jurisdiction of the action.

    8.  A copy of this notice is being hand-delivered, on October 9, 2018, to the Clerk of the

General District Court for Portsmouth, Virginia, pursuant to 28 U.S.C. § 1446.

<div style="margin-left: 40%;">

G. Zachary Terwilliger
United States Attorney

By:    <u>Virginia Van Valkenburg</u>
Virginia VanValkenburg, VSB No. 33258
Assistant United States Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Telephone: (757) 441-6331
Facsimile:  (757) 441-6689
Email: virginia.vanvalkenburg@usdoj.gov
*Counsel for Federal Defendant*

</div>

CERTIFICATE OF SERVICE

I certify that, on the 9th day of October, 2018, I will hand-deliver a copy of the foregoing

Notice of Removal and Exhibit A, to the Clerk of Portsmouth General District Court, and mail by

first class postage paid, to the following:

Gwendolyn Austin-Mason
1140 London Boulevard, Apt. 2209
Portsmouth, Virginia 23704
*Pro-se Plaintiff*

Andrew R. Kaake, Esquire
Wood + Lamping, LLC
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202
Telephone: (513) 852-6040
Facsimile: (513) 419-6440
*Counsel for Co-Defendant Sterling Medical Corp.*

Virginia Van Valkenburg, VSB 33258
Assistant United States Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Telephone: (757) 441-6331
Facsimile:  (757) 441-6689
Email: virginia.vanvalkenburg@usdoj.gov
*Counsel for Federal Defendant*